**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| United States of America ex rel.<br>The Tarbell Group, LLC,<br><br>Plaintiff<br><br>v.<br><br>Clear Lake City Community Association Inc.,<br>et al.,<br><br>Defendants | Civil Action No. 4:25-cv-01494 |

**RELATOR'S UNOPPOSED MOTION TO EXTEND TIME FOR SERVICE OF PROCESS**

Plaintiff-relator The Tarbell Group, LLC ("Relator") respectfully moves the Court, under Federal Rules of Civil Procedure ("Rules") 4(m) and 6(b)(1)(A), to extend by two weeks, to October 27, 2026, the time to serve the seven defendants and to file proof of service.

**Issue and Standard of Review**

The issue is whether the time to serve the defendants and to file proof of service should be extended by two weeks. Rule 4(m) endows the Court with discretion to extend the period for service, *Millan v. USAA Gen. Indem. Co.*, 546 F.3d 321, 325 (5th Cir. 2008), and requires it to do so when good cause is shown. Rule 6(b)(1)(A) similarly permits an extension for good cause when, as here, the request is made before the time expires.

**Summary of the Argument**

The Court should exercise its discretion, or find good cause for Relator's request, because within the time the Court specified, Relator requested and obtained summonses for each defendant, placed them with a process server, and successfully served three of them. A two-week extension will prejudice no party.

**Argument**

Relator has been informed by its process server that three of the seven defendants have been served, with service on the other four underway. The executed proofs of service for all seven defendants may not be in Relator's hands in time to file them by the October 13, 2026 deadline established by the Court's order of September 10, 2026.

Relator respectfully submits that good cause supports this request. Within the time the Court allowed, Relator requested and obtained summonses for every defendant, placed every defendant with a process server, and served three of them. A two-week extension will prejudice no one: no defendant has appeared, the three defendants already served will retain the time to respond that Rule 12(a) allows them, and the extension changes no other deadline.

**Conclusion**

Relator respectfully requests that the Court extend to October 27, 2026, the time to serve the defendants and to file proof of service. A proposed order is filed herewith.

Respectfully submitted,

*/s/ Bruce Ellis Fein*

Bruce Ellis Fein
Attorney-in-charge
Virginia State Bar No. 44049
S.D. Tex. Federal ID No. 3913781
Bruce Ellis Fein PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390 (telephone)
Attorney for Relator The Tarbell Group, LLC

**Certificate of Conference**

Because no defendant has appeared, there is no opposing counsel with whom to confer under Local Rule 7.1(D) and Section 6.C of the Court's Procedures. The United States, which has declined to intervene, receives notice of this motion through the Court's electronic filing system.

*/s/ Bruce Ellis Fein*