**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA EX REL. THE TARBELL GROUP, LLC.** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | **CIVIL ACTION NO.4:25-cv-01494** |
| **V.** | § | |
| | § | |
| **CLEAR LAKE CITY ASSOCIATION, ET AL** | § | |
| **Defendant** | § | |
| | § | |

**DEFENDANT, TEXAS ELECTRICAL ASSOCIATION'S ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, TEXAS ELECTRIAL SAFETY ASSOICIATION, INC and BROOKS PRICE and files their Original Answer and respectfully shows:

## I. DEFENSES

1. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 1 and therefore the averment is denied.
2. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
3. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 3 and therefore the averment is denied.
4. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.

5. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
6. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
7. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
8. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
9. Defendant admits the allegations in paragraph number 9.
10. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
11. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
12. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
13. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
14. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
15. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
16. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.

17. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
18. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
19. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.
20. Defendant is without sufficient information to admit or deny the allegations embodied in paragraph 2 and therefore the averment is denied.

**Affirmative Defenses**

21. Defendant pleads statute of limitations;
22. Alternatively, mistake;
23. Waiver; and
24. Laches

Prayer

Plaintiff prays that this Court find that Plaintiff take nothing, award Defendant its reasonable and necessary attorney fees, and any other relief, whether general or special, legal, or equitable.

Respectfully submitted by:

By:/s/ Keith A. Gross

Keith A. Gross
24027357
250 Park Ave.
League City, Texas 77573
832-932-5970 office
832-932-5688 fax
Attorney for Petitioner
Attnykgross@aol.com

Certificate of Service

I certify that a true and correct copy of the foregoing instrument was served on opposing counsel via the Pacer electronic service system on October 27, 2026.

*Keith Gross*